## Thompson et al. v. Smith.

[No. 19,604.   Filed November 21, 1901.]

From Marion Superior Court; *Vinson Carter*, Judge.

Action by William C. Smith against Thomas L. Thompson and others to enforce lien for street improvements. From a judgment for plaintiff, defendants appeal. *Affirmed.*

*S. N. Chambers, S. O. Pickens, C. W. Moores,* and *R. F. Davidson,* for appellants.

Hadley, J.—The record in this case presents only the identical questions decided at this term in *Shank* v. *Smith, ante,* 401, and upon the authority of that case the judgment in this case is affirmed.

---

## The State, ex rel. Peifer, v. Fisher, Mayor, et al.

[No. 19,650.   Filed November 21, 1901.]

From St. Joseph Circuit Court; *W. A. Funk*, Judge.

Action by Maurice Peifer against Manuel M. Fisher, Mayor of City of Mishawaka, and others for writ of mandate. From a judgment for defendants, plaintiff appeals. *Affirmed.*

*T. E. Howard* and *E. A. Howard,* for appellant.

Dowling, J.—Application for a writ of mandate to compel the mayor and common council of the city of Mishawaka to prefer charges against the appellant, etc.   Error is assigned upon the ruling of the court sustaining a demurrer to the complaint and alternative writ.

The complaint is similar in all respects to that in *State, ex rel.,* v. *Fisher, ante,* 412, and on the authority of that case the judgment is affirmed.